UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60246-CR-COHN

MAGISTRATE JUDGE
SELTZER

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)
18 U.S.C. § 924(e)
18 U.S.C. § 924(c)
21 U.S.C. § 853
18 U.S.C. § 924(d)(1)

FILED by ___ D.C.

SEP 25 2014

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA

vs.

GEORGE BUTLER and
TOMMY LEE ADAMS,

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning at least as early as in and around November 2012, and continuing through on or about May 30, 2013, in Broward County, in the Southern District of Florida, the defendants,

**GEORGE BUTLER and
TOMMY LEE ADAMS,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to defendants **GEORGE BUTLER** and **TOMMY LEE ADAMS,** the

controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

## COUNT 2

On or about November 7, 2012, in Broward County, in the Southern District of Florida, the defendant,

**GEORGE BUTLER,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 3

On or about November 12, 2012, in Broward County, in the Southern District of Florida, the defendant,

**GEORGE BUTLER,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 4

On or about December 11, 2012, in Broward County, in the Southern District of Florida, the defendant,

**GEORGE BUTLER,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 5

On or about January 8, 2013, in Broward County, in the Southern District of Florida, the defendant,

**GEORGE BUTLER,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 6

On or about March 21, 2013, in Broward County, in the Southern District of Florida, the

defendants,

**GEORGE BUTLER and
TOMMY LEE ADAMS,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 7

On or about May 30, 2013, in Broward County, in the Southern District of Florida, the defendant,

**TOMMY LEE ADAMS,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 8

On or about May 30, 2013, in Broward County, in the Southern District of Florida, the defendant,

**TOMMY LEE ADAMS,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 9

On or about January 30, 2014, in Broward County, in the Southern District of Florida, the defendant,

### GEORGE BUTLER,

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 10

On or about January 30, 2014, in Broward County, in the Southern District of Florida, the defendant,

### GEORGE BUTLER,

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

It is further alleged that the firearm and ammunition are:

1. One (1) Glock 26 9mm pistol;
2. Ten (10) rounds of 9mm ammunition;

3. Two (2) rounds of .45 caliber ammunition; and

4. Four (4) rounds of .38 special ammunition.

## COUNT 11

On or about January 30, 2014, in Broward County, in the Southern District of Florida, the defendant,

**GEORGE BUTLER,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 9 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **GEORGE BUTLER** and **TOMMY LEE ADAMS**, have an interest.

2. Upon conviction of any of the violations alleged in Counts 1 through 7 and 9 of this Indictment, the defendants, **GEORGE BUTLER** and **TOMMY LEE ADAMS**, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of such violations, and any property of the defendants, which was used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, pursuant to Title 21, United States Code, Section 853.

3. Upon conviction of the violation alleged in Counts 8, 10, and 11 of this Indictment, the defendants, **GEORGE BUTLER** and **TOMMY LEE ADAMS** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm and ammunition involved in or used in the commission of such violation.

4. The property that is subject to forfeiture includes, but is not limited to, the following:

a) Approximately $7200 in United States currency seized from defendant **TOMMY LEE ADAMS** on or about May 30, 2013;

b) Approximately $12,377 in United States currency seized from defendant **GEORGE BUTLER** on or about January 30, 2014; and

c) A Ford F-150 vehicle seized from defendant **GEORGE BUTLER** on or about January 30, 2014.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

MICHAEL E. THAKUR
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| GEORGE BUTLER and TOMMY LEE ADAMS, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendants. | **Superseding Case Information:** |

**Court Division**: (Select One)

| | | |
|---|---|---|
| ___ Miami | ___ Key West | |
| ✓ FTL | ___ WPB | ___ FTP |

New Defendant(s)  Yes ___  No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect _____

4. This case will take  5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | ✓ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | ✓ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes ✓ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes ✓ No

_____
MICHAEL THAKUR
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5501474

*Penalty Sheet(s) attached                                              REV 10/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: GEORGE BUTLER

**Case No**: _____

Count #:   1

Title 21, United States Code, Section 846

Conspiracy to Possess with Intent to Distribute Cocaine

\* **Max.Penalty**: Forty Years' Imprisonment

Counts #:   2-6 and 9

Title 21, United States Code, Section 841(a)(1)

Possession with the Intent to Distribute Cocaine

\* **Max.Penalty**: Twenty Years' Imprisonment

Count #:   10

Title 18, United States Code, Sections 922(g) and 924(e)

Felon in Possession of a Firearm and Ammunition

\* **Max.Penalty**: Life Imprisonment

Count #:   11

Title 18, United States Code, Section 924(c)

Possession of a Firearm in Furtherance of a Drug Trafficking Crime

\* **Max.Penalty**: Life Imprisonment

\***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: TOMMY LEE ADAMS

**Case No**: _____

Count #:   1

Title 21, United States Code, Section 846

Conspiracy to Possess with Intent to Distribute Cocaine

\* **Max.Penalty**: Forty Years' Imprisonment

Count #:   6

Title 21, United States Code, Section 841(a)(1)

Possession with the Intent to Distribute Cocaine

\* **Max.Penalty**: Twenty Years' Imprisonment

Count #:   7

Title 21, United States Code Section 841(a)(1)

Possession with the Intent to Distribute Cocaine

\* **Max.Penalty**: Forty Years' Imprisonment

Count #:   8

Title 18, United States Code, Section 922(g)

Felon in Possession of a Firearm and Ammunition

\* **Max.Penalty**: Ten Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.