UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60246-CR-COHN

UNITED STATES OF AMERICA

v.

TOMMY LEE ADAMS,

    **Defendant.**

_____ /

## FACTUAL PROFFER

The United States of America and Tommy Lee ADAMS ("ADAMS") agree that if this matter had proceeded to trial, the government's evidence would have shown, beyond a reasonable doubt, that:

Beginning in and around November 2012 and continuing through May 30, 2014 in Broward County, in the Southern District of Florida, ADMAS did knowingly and willfully agree with other co-conspirators to possess and distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine.

The case stems from an FBI wiretap investigation into ADAMS and others. On March 20, 2013, ADAMS's cellular phone call was intercepted talking to another individual and during this call ADAMS agreed to sell three (3) ounces of cocaine (approximately 85 grams). Later, law enforcement observed the individual, who had spoken with ADAMS, arrive at the location agreed upon by ADAMS and the individual to complete the cocaine transaction. ADAMS completed the sale of three (3) ounces of cocaine in Broward County, Florida.

The next day, on March 21, 2013, ADAMS's cellular phone call was intercepted talking

to the same individual and during this call ADAMS agreed to sell him nine ounces of cocaine (approximately 255 grams). In the early afternoon, ADAMS completed the sale of nine (9) ounces of cocaine in Broward County, Florida.

On May 30, 2013, law enforcement executed a search warrant at ADAMS's residence in North Lauderdale, Florida. ADAMS was present during the execution of the search warrant, and he agreed to speak to law enforcement. ADAMS stated that there was cocaine at the residence and a firearm in his bedroom that ADAMS received from his deceased father. Law enforcement found cocaine above an entertainment center in the family room and a firearm, a Colt Official Police revolver with 29 rounds of ammunition, in a bedroom drawer with two scales. Law enforcement also found about $7,200 in U.S. currency at ADAMS's residence. In total, law enforcement seized 962.2 grams of cocaine belonging to ADAMS. ADAMS possessed the 962.2 grams of cocaine with the intention to resell the cocaine in smaller amounts.

Prior to May 30, 2013, ADAMS had at least one felony conviction in 1989, which involved cocaine trafficking of over 200 grams of cocaine in Pinellas County, Florida.

///

///

///

• ADAMS's Colt Official Police revolver and ammunition were manufactured outside the State of Florida and traveled in interstate commerce before coming into ADAMS's possession.

Date: 3/2/16

By: _____
WIFREDEO A. FERRER
UNITED STATES ATTORNEY
ANDY R. CAMACHO
ASSISTANT UNITED STATES ATTORNEY

Date: 3/2/16

By: _____
L.D. MURRELL
COUNSEL FOR THE DEFENDANT

Date: 3/2/16

By: _____
TOMMY LEE ADAMS
DEFENDANT

3