UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-60246-CR-COHN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| GEORGE BUTLER, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) / |

## FACTUAL PROFFER

The United States of America and George BUTLER ("BUTLER") agree that if this matter had proceeded to trial, the government's evidence would have shown, beyond a reasonable doubt, that:

Beginning in and around November 2012 and continuing through May 30, 2014 in Broward County, in the Southern District of Florida, BUTLER did knowingly and willfully agree with other co-conspirators to possess and distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine.

The case stems from an FBI wiretap investigation into BUTLER and others. On or about November 7, 2012, November 12, 2012, December 11, 2012, January 8, 2013 and March 21, 2013, BUTLER purchased cocaine from one or more co-conspirators and then sold cocaine to a confidential source in Broward County, Florida. Each one of those transactions was recorded by audio and/or video. The five seizures of suspected cocaine were sent to the Drug Enforcement Administration's laboratory for further testing after initially field testing positive for the presence of cocaine. Moreover, each of the five seizures tested positive for a mixture and substance

1

containing a detectable amount of cocaine, a Schedule II controlled substance. The net weights of the cocaine seizures are as follow: November 7, 2012 seizure weighed 6.7 grams; November 12, 2012 seizure weighed 11.6 grams; December 11, 2012 seizure weighed 139.2 grams; January 8, 2013 seizure weighed 130.6 grams; and the March 21, 2013 seizure weighed 251.6 grams.

Between March 11, 2013 and April 9, 2013, BULTER's cellular phone was intercepted and during that time period BUTLER discussed with Tommy Lee ADAMS and other individuals the purchase and sale of cocaine. For example, on March 21, 2013, BUTLER's cellular phone was intercepted talking to ADAMS and during this call ADAMS agreed to sell BUTLER nine ounces of cocaine (approximately 251 grams). In the early afternoon, BUTLER completed the purchase of nine (9) ounces of cocaine in Broward County, Florida.

On January 30, 2014, law enforcement executed a search warrant at Butler's residence in Broward County, Florida that he shared with his girlfriend. Law enforcement seized, among other things, the following items from the apartment (1) two bags of cocaine, that is, the bags contained a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance cocaine, with the net of cocaine of 42.7 grams in one bag and 41.5 grams in the other; (2) a Glock Model 26gen4, 9MM caliber pistol, Serial Number TMM272; (3) ten rounds of Remington (R-P) 9MM caliber ammunition; (4) two rounds of Federal .45 caliber ammunition; and (5) four rounds of Remington (R-P) .38 special caliber ammunition. BUTLER had knowledge, access, and control of the Glock 9MM pistol and the ammunition.

Prior to September 25, 2014, BUTLER had at least two felony convictions one in 1985 and another in 1990, both involving possession of cocaine in Broward County, Florida.

///

///

///

The Glock 9MM pistol and the three types of ammunition were manufactured outside the State of Florida and traveled in interstate commerce before coming into BUTLER's possession.

Date: 3/18/16

By: _____
WIFREDEO A. FERRER
UNITED STATES ATTORNEY
ANDY R. CAMACHO
ASSISTANT UNITED STATES ATTORNEY

Date: 3/18/16

By: _____
DEREK V. LEWIS
COUNSEL FOR THE DEFENDANT

Date: 3/18/16

By: _____
GEORGE BUTLER
DEFENDANT